504

## 28151.  WATTS v. THE STATE.

BROYLES, C. J.   The evidence tending to connect the accused with the offense charged (possessing whisky) was wholly circumstantial, and was insufficient to exclude every reasonable hypothesis save that of his guilt. It follows that the refusal of the court to grant a new trial was error. *Judgment reversed.   MacIntyre and Guerry, JJ., concur.*

DECIDED APRIL 11, 1940.

*H. H. Anderson,* for plaintiff in error.
*J. H. Paschall, solicitor-general,* contra.